IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. : 7:09-CV-198-FL

| | | |
|---|---|---|
| LEO P. DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID R. MURRELL, in his official | ) | |
| capacity as Police Officer of the | ) | |
| Wilmington Police Department and in his | ) | |
| personal capacity; THE CITY OF | ) | |
| WILIMINGTON; OFFICER JOHN DOE, | ) | |
| in his official capacity as a police officer | ) | ORDER |
| of the Wilmington Police Department; | ) | |
| OFFICER JANE DOE, in her official | ) | |
| capacity as a police officer of the | ) | |
| Wilmington Police Department; and, | ) | |
| DALE SILANCE, in his official capacity | ) | |
| as an agent of the North Carolina Alcohol | ) | |
| Law Enforcement Agency of the North | ) | |
| Carolina Department of Crime Control and | ) | |
| Public Safety and in his personal capacity. | ) | |
| | ) | |
| Defendants. | ) | |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within forty-five (45) days hereof. The parties are directed to file their Stipulation of Dismissal With Prejudice on or before Monday, August 2, 2010.

As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket.

SO ORDERED,  this 28th day of July, 2010.

_____
LOUISE W. FLANAGAN
Chief United States District Judge